

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00792-CV

Richard **LARES,**
Appellant

v.

Martha **FLORES,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

We **grant** appellant an extension of time until **May 15, 2014** to file a brief complying with this court's order dated March 20, 2014.[1] Appellant is advised that no further extensions of time will be granted. If a complying brief is not filed by the date ordered, the appeal may be dismissed.

We **deny** appellant's motion for appointment of counsel.

Appellant is advised to cite to the appellate record as follows. Cite to the reporter's record by stating the date of the hearing (10/22/13 or 12/8/14), page number, and, if relevant, the line number. Cite to the clerk's record by referring to either the Clerk's Record or Supplemental Clerk's record and the page number therein, and/or by identifying the specific document referred to by title. The recording information that appellant complains is not legible is not relevant to the substance of the record or necessary for citing to the record.

Appellant is reminded that he must serve a copy of all pleadings he files with this court on counsel for appellee[2] and that each pleading must contain a certification that he has done so. TEX. R. APP. P. 9.5.

---

[1] Copies of Rules of Appellate Procedure 9.5 and 38.1 are attached to this order.
[2] Appellee's counsel, Betsy Riley, may be served by mail at 206 E. Locust St., San Antonio, TX 78212.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court